AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
### Eastern Division

ASHLEY SMITH,

        Plaintiff,

                        **JUDGMENT IN A CIVIL CASE**

vs.

                        **CASE NO.  C2-10-701**

MICHAEL J. ASTRUE,               **JUDGE EDMUND A. SARGUS, JR.**
COMMISSIONER OF              **MAGISTRATE JUDGE TERENCE P. KEMP**
SOCIAL SECURITY,

        Defendant.

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the Order filed March 28, 2011, JUDGMENT is hereby entered REMANDING this case to the Commissioner pursuant to 42 U.S.C. §405(g), sentence four, for further proceedings consistent with the Report and Recommendation.  This case is DISMISSED.**

Date: March 28, 2011              JAMES BONINI, CLERK

                        */S/ Andy F. Quisumbing*
                        (By) Andy F. Quisumbing
                        Courtroom Deputy Clerk