IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ASHLEY SMITH,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

    Defendant.

Case No. 2:10-cv-701

JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kemp

### ORDER

This case is before the Court to consider plaintiff's motion for an award of attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. §2412. After the motion was filed, the parties entered into a stipulation concerning the fee award. Pursuant to that stipulation, plaintiff's motion for attorneys' fees (#22) is **GRANTED**. Plaintiff is awarded the sum of $3,367.00 as costs and fees representing full satisfaction of all claims under the EAJA. Should it be determined that the plaintiff does not owe a pre-existing debt to the United States, the fee award shall be paid to plaintiff's attorney under the assignment of EAJA fees executed by the plaintiff.

**IT IS SO ORDERED.**

4-12-2011
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE